**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CHARLES R. MOSLEY, ID#788987,** ) | |
| Petitioner, ) | |
| vs. ) | No. 3:13-CV-4047-D |
| ) | |
| **WILLIAM STEPHENS, Director,** ) | |
| **Texas Department of Criminal** ) | |
| **Justice, Correctional Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, petitioner's request for habeas corpus relief pursuant to 28 U.S.C. § 2254 is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002), and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

**SO ORDERED**.

May 27, 2015.

*[signature]*
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE